| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **American Dental of Fitzgerald LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **61-1908969** |
| **4.** | **Debtor's address** | **Principal place of business**  **320 Benjamin H Hill Drive West**  **Fitzgerald, GA 31750**  Number, Street, City, State & ZIP Code  **Ben Hill**  County  |  **Mailing address, if different from principal place of business**  **P.O. Box 457**  **Eastman, GA 31023**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **American Dental of Fitzgerald LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

Debtor  **American Dental of Fitzgerald LLC**                                    Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **American Dental of Fitzgerald LLC** _____ Case number (*if known*)_____
      Name

    ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **American Dental of Fitzgerald LLC**                                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 24, 2024**
              MM / DD / YYYY

X **/s/ Michael Knight**                                        **Michael Knight**
  Signature of authorized representative of debtor              Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Matthew S. Cathey**                                     Date   **May 24, 2024**
  Signature of attorney for debtor                                     MM / DD / YYYY

**Matthew S. Cathey**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**        Email address   **mcathey@stoneandbaxter.com**

**759547 GA**
Bar number and State

Debtor **American Dental of Fitzgerald LLC** _____ Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **American Dental of Eastman** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | | |
| Debtor | **American Dental of LaGrange, LLC** | | Relationship to you | **Affiliate** | |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | | |

## CORPORATE RESOLUTION AUTHORIZING
## FILING OF PETITION UNDER CHAPTER 11

Michael Knight, the Manager of American Dental of Fitzgerald, LLC (the "Company"), hereby certifies that, on the 22nd day of May, 2024, a meeting was held of the members and manager of the Company, and the following resolution was passed unanimously:

RESOLVED, that in the judgment of the members and manager, it is desirable and for the best interest of this Company, its creditors, stockholders and other interested parties, that a petition be filed by this Company in the United States Bankruptcy Court for the Middle District of Georgia, Albany Division (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code, and that the same be filed at such time as may be directed by Michael Knight of the Company; and it is further

RESOLVED, that Michael Knight is hereby expressly authorized on the behalf of the Company to retain and compensate, subject to court approval, Stone & Baxter, LLP, as counsel for the Company in connection with the Chapter 11 Case, and it is hereby

RESOLVED, that the form of petition under Chapter 11 presented to the members and manager be, and the same hereby is approved and adopted in all respects, and that the Michael Knight be, and he hereby is, authorized and directed, on behalf of and in the name of this Company, to execute and verify petitions substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Middle District of Georgia, Albany Division; and it is further

RESOLVED, that Michael Knight be, and is hereby, authorized to execute and file all petitions, schedules, list and other papers, and to take any and all actions which they may deem necessary or proper in connection with such proceeding under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary or proper with a view to the successful termination of such proceedings.

This 22nd day of May, 2024.

**MANAGER**

_/s/ Michael Knight_
Michael Knight

**MEMBER**

_/s/ Michael Knight_
Michael Knight

**Fill in this information to identify the case:**

Debtor name: **American Dental of Fitzgerald LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 24, 2024**

X **/s/ Michael Knight**
Signature of individual signing on behalf of debtor

**Michael Knight**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **American Dental of Fitzgerald LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Avanza Group, LLC<br>3974 Amboy Road, Suite 306<br>Staten Island, NY 10308 | | 90 days or less: UCC No. 009-2023-000962 Filed on 10/31/23 in Ben Hill County | Disputed | $38,000.00 | $0.00 | $38,000.00 |
| Ben Hill County Tax Commissioner<br>324 East Pine Street<br>Fitzgerald, GA 31750 | | Taxes | | | | $6,927.57 |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: UCC No. 141-2023-001056 Filed on 8/24/23 in Troup County | Disputed | Unknown | $0.00 | Unknown |
| CT Corporation System, as Rep.<br>Attn: SPRS<br>330 N Brand Blvd., Suite 700<br>Glendale, CA 91203 | | 90 days or less: UCC No. 007-2023-000809 Filed on 1/6/2023 in Barow County | Disputed | Unknown | Unknown | Unknown |
| Diron Properties, LLC<br>842 Mount Zion Church Road<br>Casar, NC 28020 | | Unpaid Rent | | | | $12,000.00 |
| E Advance Services<br>370 Lex Avenue, Suite 801<br>New York, NY 10017 | | 90 days or less: UCC No. 045-2023-000319 Filed on July 12, 2023 in Dodge County | Disputed | $38,000.00 | $0.00 | $38,000.00 |
| Fundamental Capital, LLC d/b/a Nexi<br>20803 Biscayne Blvd., Suite 300<br>Aventura, FL 33180 | | Aribtration Judgment/Not Domesticated | Disputed | | | $216,905.10 |

Debtor **American Dental of Fitzgerald LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MNR Capital** 7901 4th Street North Suite 7491 Saint Petersburg, FL 33702 | | **90 days or less: UCC No. 007-2024-010427** | **Disputed** | $30,000.00 | Unknown | Unknown |
| **Symphona CPAs & Advisors** 118 Park of Commerce Suite 200 Savannah, GA 31405 | | **Accounting Services** | | | | $8,000.00 |
| **Total Business Solutions** 200 E Las Olas Blvd Floor 14, Suite 1426 Fort Lauderdale, FL 33301 | | **Note** | **Contingent Unliquidated Disputed** | | | $49,004.78 |
| **Wells Fargo Bank** P.O. Box 29482 Phoenix, AZ 85038-8650 | | **Credit Card** | | | | $1,245.98 |
| **Wells Fargo Bank** P.O. Box 29482 Phoenix, AZ 85038-8650 | | **Credit Card** | | | | $1,176.32 |
| **Wells Fargo Bank** P.O. Box 29482 Phoenix, AZ 85038-8650 | | **Credit Card** | | | | $1,036.17 |

# United States Bankruptcy Court
## Middle District of Georgia

In re  **American Dental of Fitzgerald LLC**　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 24, 2024**　　　　　　　　　　/s/ Michael Knight
　　　　　　　　　　　　　　　　　　　　　**Michael Knight**/**Manager**
　　　　　　　　　　　　　　　　　　　　　Signer/Title

American Dental of Eastman, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Georgia, LLC
P.O. Box 457
Eastman GA 31023

American Dental of LaGrange, LLC
P.O. Box 457
Eastman GA 31023

Avanza Group, LLC
3974 Amboy Road, Suite 306
Staten Island NY 10308

Ben Hill County Tax Commissioner
324 East Pine Street
Fitzgerald GA 31750

Corporation Service Company
As Representative
P.O. Box 2576
Springfield IL 62708

CT Corporation System, as Rep.
Attn: SPRS
330 N Brand Blvd., Suite 700
Glendale CA 91203

CT Corporation Systems as Rep
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale CA 91203

Diron Properties, LLC
842 Mount Zion Church Road
Casar NC 28020

E Advance Services
370 Lex Avenue, Suite 801
New York NY 10017

Fundamental Capital, LLC
d/b/a Nexi
20803 Biscayne Blvd., Suite 300
Aventura FL 33180

Georgia Dental Associates, LLC
315 14th Street East
Tifton GA 31794

Michael Knight
P.O. Box 457
Eastman GA 31023

```
Michael Knight
1114 Brookwood Drive
Eastman GA 31023

MNR Capital
7901 4th Street North
Suite 7491
Saint Petersburg FL 33702

Symphona CPAs & Advisors
118 Park of Commerce
Suite 200
Savannah GA 31405

Total Business Solutions
200 E Las Olas Blvd
Floor 14, Suite 1426
Fort Lauderdale FL 33301

Wells Fargo Bank
P.O. Box 29482
Phoenix AZ 85038-8650
```

# United States Bankruptcy Court
## Middle District of Georgia

In re __American Dental of Fitzgerald LLC__
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __American Dental of Fitzgerald LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 24, 2024
Date

/s/ Matthew S. Cathey
**Matthew S. Cathey**
Signature of Attorney or Litigant
Counsel for __American Dental of Fitzgerald LLC__
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**mcathey@stoneandbaxter.com**